November 30, 2007

Mr. Clay E. Coalson
Donnell, Abernethy & Kieschnick
Tower II - Suite 400
555 N. Carancahua
Corpus Christi, TX 78478
Mr. Austin P. Tighe Jr.
Feazell & Tighe, L.L.P.
Bridgepoint 2, Suite 220
6300 Bridgepoint Parkway
Austin, TX 78730

RE: Case Number: 07-0028
 Court of Appeals Number: 13-05-00258-CV
 Trial Court Number: 03-648-B

Style: BEST BUY CO. AND BEST BUY STORES, L.P.
 v.
 VELMA V. BARRERA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY
 SITUATED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Anne M. |
| |Lockner |
| |Ms. Patsy Perez |
| |Ms. Cathy Wilborn|